December 04, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BERNARDO MORALES CERVANTES, Appellant

NO. 14-12-00157-CV            V.

BAYVIEW LOAN SERVICING, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Bayview Loan Servicing, LLC, signed November 29, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Bernardo Morales Cervantes, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.